**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

TIFFANY L.,[1]                                  )
                                                )
                    Plaintiff,                  )
                                                )
        v.                                      )         Civil Action No. 3:25-CV-106 (RCY)
                                                )
FRANK BISIGNANO,[2]                             )
Commissioner of Social Security,                )
                                                )
                    Defendant.                  )
_____            )

**ORDER**
**(Adopting Report and Recommendation of the Magistrate Judge)**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED

that:

1. Plaintiff's Objection (ECF No. 18) is OVERRULED;

2. The Report and Recommendation of the Magistrate Judge (ECF No. 17) is ACCEPTED and ADOPTED;

3. Plaintiff's Motion for Summary Judgment (ECF No. 13) is DENIED;

4. Defendant's Motion for Summary Judgment (ECF No. 15) is GRANTED;

5. The final decision of the Commissioner is AFFIRMED;

6. This matter is CLOSED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to all

counsel of record.

It is so ORDERED.

                                        _____/s/_____
                                        Roderick C. Young
Date:  March 18, 2026                   United States District Judge
Richmond, Virginia

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts refer to claimants in social security cases by first name and last initial.

[2] Frank Bisignano was sworn in as the Commissioner of Social Security in on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he has been substituted for the former Acting Commissioner as Defendant in this action. 42 U.S.C. § 405(g).